GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP
38 Discovery, Suite 200
Irvine, California 92618
Telephone: (949) 753-0255
Facsimile: (949) 753-0265
Electronic Service: eservice@g3pmlaw.com
Attorney: Matthew M. Proudfoot, SBN: 155988

Attorney for Defendant, FCA US LLC

BARRY LAW FIRM
11845 W. Olympic Blvd., Suite 1270
Los Angeles CA 90064
Telephone: (310) 684-5859
Facsimile: (310) 862-4539
Attorney: David Barry, Esq., SBN: 219230

Attorneys for Plaintiff, JAIME GARIBAY

Closed

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME GARIBAY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FCA US LLC, a Delaware Limited Liability Company<br><br>Defendants. | Case No: 2:21-cv-02203-JFW-KSx<br>Dist Judge: John F. Walter<br>Mag Judge: Karen L. Stevenson<br>Courtroom 7A<br><br>**ORDER** |

  The Joint Stipulation for Dismissal is approved. The entire action, including all claims stated herein against all parties, are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Date: January 5, 2023

_____
Honorable John F. Walter
Judge of the United States District Court

1

ORDER